UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10237
Conference  Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE LUIS ORONA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CR-390-X
- - - - - - - - - -
(October 18, 1995)

Before POLITZ, Chief Judge, and REAVLEY and SMITH, Circuit Judges.

PER CURIAM:[*]

Jose Luis Orona argues that the district court did not have the authority to order him deported upon the completion of his term of imprisonment as a condition of his supervised release.

Title 18 U.S.C. § 3583(d) provides in part that "[i]f an alien defendant is subject to deportation, the court may provide, as a condition of supervised release, that he be deported and remain outside the United States, and may order that he be

_____

[*]     Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

delivered to a duly authorized immigration official for such deportation."

We interpret the sentence imposed by the district court to provide that, pursuant to 18 U.S.C. § 3583(d), upon completion of his sentence of imprisonment, Orona is to be surrendered to a duly-authorized immigration official for deportation in accordance with the established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. §§ 1101, et seq. See United States v. Quaye, 57 F.3d 447, 450-51 (5th Cir. 1995) (intervening decision rendered after district court's entry of judgment).

AFFIRMED.